```
CKR LAW, LLP
JONATHAN P. HERSEY, Cal. Bar No. 189240
    jhersey@slaterhersey.com
100 Spectrum center Drive, Suite 420
Irvine, California 92618
Telephone:  949-398-7500
Facsimile:   949-398-7501

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:19-CV-00887-VAP-KK<br><br>*Hon. Virginia A. Phillips*<br>*Courtroom 8A*<br><br>Complaint filed:　May 10, 2019<br><br>**NOTICE OF ERRATA OF CORRECTED PLAINTIFF'S JOINT OPPOSITION TO MOTIONS TO DISMISS**<br><br>HEARING<br>Date:　　　August 26, 2019<br>Time:　　　2:00 p.m.<br>Courtroom: 8A, 8th Floor |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

　　PLEASE TAKE NOTICE that Plaintiff Shuang Ying (Nancy) Zhang ("Plaintiff") hereby provides notice of errata and correction as follows:

/ / /

/ / /

/ / /

-1-

NOTICE OF ERRATA OF CORRECTED PLAINTIFF'S JOINT OPPOSITION TO MOTIONS TO DISMISS

1  Plaintiff filed her "Joint Opposition to Motions to Dismiss" as Docket #23
2  (the "Joint Opposition").  The Joint Opposition inadvertently failed to include a
3  table of contents and table of authorities.  Plaintiff filed a corrected Joint Opposition
4  containing a table of contents and table of authorities as Docket #24.

6  DATED: August 5, 2019                    CKR LAW, LLP

7                                           By:  */s/ Jonathan P. Hersey*
8                                                Jonathan P. Hersey
                                                 Attorneys for Plaintiff
9                                                SHUANG YING (NANCY) ZHANG