S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, REALTY ONE GROUP, INC.
and JIHUI (LUCKY) LUO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>Plaintiff,<br><br>vs.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California Corporation; JIHUI (LUCKY) LUO, an individual; SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-00887-VAP-KK<br><br>*Assigned to:*<br>*Hon. Virginia A. Phillips – Ctrm 8A*<br><br>**DEFENDANTS REALTY ONE GROUP, INC. AND JIHUI (LUCKY) LUO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>*Complaint filed: May 10, 2019* |

**COME NOW**, Defendants REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO ("Defendants") answering Plaintiff's Complaint on file herein, for themselves alone and for no other Defendants, admit, deny and allege as follows:

1. In answering paragraphs 6, 12, 13, 63, 64, 65, 66, 67, 68, 70, 72, 73, these answering Defendants admit these allegations.

2. In answering paragraphs 5, 50, 74, 76, 77, 78, 79, 80, 81, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 1(2),[1] 2(2), 3(2), 4(2), 5(2), 6(2), 7(2), 116, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, and 132   these answering Defendants deny generally and specifically, each and every allegation contained therein.

3. In answering paragraphs 1, 2, 3, 4, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 69, 71, 75, 117, these answering Defendants do not have sufficient information or belief to enable them to answer said paragraphs at this time, and on that ground, deny each and every allegation contained therein.

## FIRST AFFIRMATIVE DEFENSE

4. Any injury or damage suffered by Plaintiff was caused solely by reason of Plaintiff's own wrongful acts and conduct and not by reason of any unlawful act or omission of these Defendants. Any injury to Plaintiff was due to and caused by his/her own negligence and failure to act with reasonable care, which carelessness, negligence and omissions were the proximate cause of the damage, if any, to Plaintiff.  Any damages awarded in this action should therefore be in direct

---

[1] The allegations of the Eighth Claim for Relief start with paragraph "1." This answer will refer to these allegations as paragraphs "1(2)," "2(2)," "3(2)," "4(2)," "5(2)," "6(2)," and "7(2)."

1

**DEFENDANTS REALTY ONE GROUP, INC. AND JIHUI (LUCKY) LUO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

proportion to the fault of these Defendants, if any, as provided by California Civil Code §§1431 to 1431.5.

### SECOND AFFIRMATIVE DEFENSE

5. Plaintiff willingly, voluntarily and knowingly assumed each, every and all the risks and hazards involved in the activities referred to in the operative Complaint. These Answering Defendants are not liable for injury or damages, if any there were, because Plaintiff was aware of the dangers and risks with respect to the alleged actions, and did knowingly, and voluntarily, and freely assume and expose him/herself to said known risks, which assumption of the risk caused and/or contributed to the alleged damages sought by Plaintiff herein, therefore barring Plaintiff from recovering any relief from these Answering Defendants.

### THIRD AFFIRMATIVE DEFENSE

6. The damages allegedly sustained by Plaintiff, which such damages are generally and specifically denied to exist, were the result of the active and affirmative wrongful acts, fraud, and omissions to act of Plaintiff and independent third parties and/or entities whose active and affirmative wrongdoing resulted in superseding and intervening causes of Plaintiff's alleged damages which thereby relieves these responding Defendants from liability. Any damages awarded in this action should therefore be in direct proportion to the fault of these Defendants, if any, as provided by California Civil Code §§1431 to 1431.5.

### FOURTH AFFIRMATIVE DEFENSE

7. Plaintiff's suit is barred by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

8. By the exercise of reasonable effort, Plaintiff could have mitigated the amount of damages, if any there were, but Plaintiff failed and refused, and continues to fail and refuse, to exercise a reasonable effort to mitigate damages and therefore Plaintiff is barred from seeking recovery of those damages.

## SIXTH AFFIRMATIVE DEFENSE

9. Plaintiff's claim for punitive damages violate these Defendants' due process of law rights.

## SEVENTH AFFIRMATIVE DEFENSE

10. Plaintiff's claims are barred as a result of Plaintiff's consent to the acts and omissions alleged in the Complaint

## EIGHTH AFFIRMATIVE DEFENSE

11. Plaintiff's claims are barred by laches.

## NINTH AFFIRMATIVE DEFENSE

12. Plaintiff's claims for injuries are barred by the two-year statute of limitations. Code Civ. Proc., § 335.1.

## TENTH AFFIRMATIVE DEFENSE

13. Defendants have fully performed any and all contractual, statutory, and other duties owed to Plaintiff and third parties (if any), and Plaintiff is therefore estopped to assert any claim for relief against Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

14. The Complaint and each purported claim alleged therein are barred, in whole or in part, by misrepresentations, concealment, and omissions made by Plaintiff and/or third parties to Defendants regarding the alleged transactions, to the detriment of Defendants. Defendants reasonably relied on the foregoing misrepresentations, concealment, and omissions in conforming Defendants' conduct to all applicable standards and obligations.

## TWELFTH AFFIRMATIVE DEFENSE

15. The Complaint and each purported claim alleged therein are barred by the doctrine of waiver.

/ / /

/ / /

### THIRTEENTH AFFIRMATIVE DEFENSE

16. Plaintiff is estopped by her own actions and conduct from asserting any claim against Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

17. Defendants were agents who had no knowledge of, and did not participate in any fraudulent act of their principals or any enterprise; as such, Defendants are not vicariously liable for the torts, if any, of said principals or any enterprise that they may have operated or managed.

### FIFTEENTH AFFIRMATIVE DEFENSE

18. Defendants had no knowledge or awareness of the essential nature or scope of any fraudulent enterprise or conspiracy; neither did Defendants have any intention to facilitate such an enterprise or conspiracy.

### SIXTEENTH AFFIRMATIVE DEFENSE

19. Defendants did not knowingly agree to facilitate any scheme that included operation or management of any fraudulent enterprise or conspiracy.

### SEVENTEENTH AFFIRMATIVE DEFENSE

20. Defendants, engaged by Plaintiff as real estate agents to procure a tenant for Plaintiff's property, had no duty to disclose negative financial information about their tenant client to Plaintiff.

### RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES

21. Because Plaintiff's Complaint against these Answering Defendants is couched in conclusory terms, these Answering Defendants cannot fully anticipate all the affirmative defenses that may be applicable to the within action. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

/ / /

/ / /

WHEREFORE, Defendants pray that Plaintiff take nothing by way of the Complaint and that Defendants herein recover their attorneys' fees, costs and such other and further relief as the Court may deem just and proper.

DATED: September 17, 2019

Respectfully submitted,

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ *S. Frank Harrell*
**S. FRANK HARRELL**
Attorneys for Defendants, REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Defendants hereby demand a trial by jury on all issues pursuant to the Seventh Amendment and Fed.R.Civ.Proc. 38.

DATED: September 17, 2019

Respectfully submitted,

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ *S. Frank Harrell*
**S. FRANK HARRELL**
Attorneys for Defendants, REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO

4827-4553-6934, v. 1

**6**
**DEFENDANTS REALTY ONE GROUP, INC. AND JIHUI (LUCKY) LUO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**