**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shuang Ying Nancy Zhang | CASE NUMBER |
| PLAINTIFF(S) | ED19-cv-00887 VAP (KKx) |
| v. | |
| A-Z Realty and Investment Corp. et al | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action

☐ the following scanned document  ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:  NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents

Filed date:        09/18/2019        Document Number(s):  32

☐ Incorrect case number _____ was assigned to this ☐ action  ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's

initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 19-03, the case

has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number

_____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document.

The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number

and judge's initials: _____

☒ Other:   Upon further checking the docket, it appears that Notice of Interested parties has been e-filed as document
[18] on 7/12/19.  Please disregard [32] Notice of Deficiency issued


CLERK, U.S. DISTRICT COURT

Date: _____ 09/18/2019        By: Benjamin_Moss@cacd.uscourts.gov

                                                          Deputy Clerk