SCOTT B. LIEBERMAN, Cal. Bar No. 208764
  *slieberman@ftrlfirm.com*
T. KEVIN ROOSEVELT, Cal. Bar No. 205485
  *kroosevelt@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, California 92618
Telephone:  949-759-3810
Facsimile:   949-759-3812

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG, | Case No. 5:19-CV-00887-KK |
| Plaintiff, | Judge: Hon. Kenly Kiya Kato |
| v. | **PLAINTIFF SHUANG YING (NANCY) ZHANG'S EXHIBIT LIST** |
| A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive, | Complaint Filed:  May 10, 2019<br>Trial Date:            March 15, 2021<br><br>**Pretrial Conference:**<br>Date:      February 25, 2021<br>Time:     10:00a.m.<br>Crtrm:    3/4 – Riverside |
| Defendants. | |

PLAINTIFF SHUANG YING (NANCY) ZHANG'S EXHIBIT LIST

Pursuant to the Court's Civil Trial Scheduling Order [Doc. 70] and Local Rule 16-6, Plaintiff Shuang Ying (Nancy) Zhang ("Zhang") submits the following list of exhibits she intends to use at trial:

| Exhibit No. | Description |
|---|---|
| 1. | Property Management Agreement signed July 11, 2016 |
| 2. | Email to Annie Zheng dated November 7, 2016<br>Subject: Re: Lease of 16 Via Palmiekie |
| 3. | Application to Rent/Screening Fee (Miao Yun Wu) |
| 4. | Application to Rent/Screening Fee (Xin Li) dated February 14, 2017 |
| 5. | Acranet Credit Report (Miao Yun Wu) dated April 19, 2016 |
| 6. | Experian Credit Report (Miao Yun Wu) dated February 15, 2017 |
| 7. | Discover Credit Scorecard (Xin Li) dated January 2, 2017 |
| 8. | Experian Credit Report (Xin Li) dated December 27, 2016 |
| 9. | Residential Lease or Month-to-Month Rental Agreement between Zhang, as landlord, and Miaoyun Wu and Xin Li, as tenants dated February 15, 2017 |
| 10. | Move-In Inspection dated February 17, 2017 |
| 11. | Receipt of Keys, Garage Remotes dated February 18, 2017 |
| 12. | Property Management Agreement signed February 20, 2017 |
| 13. | Email (and attachments) from Jennifer Whelan dated February 21, 2017; Subject: For your record: Signed lease and other documents |

| Exhibit No. | Description |
|---|---|
| 14. | Receipt of HOA rules and regulations dated February 21, 2017 |
| 15. | Notice of Entry dated May 10, 2017 |
| 16. | Email (and attachments) from Annie Zheng dated May 11, 2017 at 5:51 pm; Subject: 16 via palmiekie |
| 17. | Email (and attachments) from Annie Zheng dated May 11, 2017 at 6:06 pm; Subject: 16 via palmiekie |
| 18. | Physician's Statement for Shi Dan Chen dated February 9, 2017 |
| 19. | Physician's Statement for Ming-Wing Lam dated February 9, 2017 |
| 20. | Mail from utility companies addressed to Fulong Zheng at the Property |
| 21. | Email (and partial screenshots from www.ilovegrowingmarijuana.com) from Annie Zheng dated May 12, 2017; Subject: Marijuana growing laws |
| 22. | Complete website pages for www.ilovegrowingmarijuana.com |
| 23. | Email from Nancy Zhang to Annie Zheng dated June 3, 2017 |
| 24. | Email exchange between Annie Zheng and Louis Liu/Nancy Zhang dated October 9, 2017; Subject: Tomorrow's address |
| 25. | Email (and attached text messages) from Annie Zheng dated November 15, 2017 including "Do not fight with the chief of gangsters" |
| 26. | Daily News article dated January 5, 2018 re federal crackdown on marijuana crimes |
| 27. | End of Lease Notice dated February 7, 2018 from Annie Zheng to Wu and Li |

| Exhibit No. | Description |
|---|---|
| 28. | Letter from Louis Liu/Nancy Zhang to Annie Zheng dated February 11, 2018 |
| 29. | Email (and attached text messages) from Annie Zheng dated February 13, 2018 |
| 30. | Email (and attached text messages) from Annie Zheng dated February 16, 2018; Subject: Via palmiekie including "She is so old. She will lose life do you know?" and "Let her go to hell" |
| 31. | Letter from Nancy Zhang as Mrs. Liu to Annie Zheng dated February 16, 2018; response to Chen's February 13 letter |
| 32. | Email from Louis Liu/Nancy Zhang to Annie Zheng dated February 17, 2018; Subject: Re: Via palmiekie |
| 33. | Email from Louis Liu/Nancy Zhang to Annie Zheng dated February 18, 2018 |
| 34. | Email exchange between Louis Liu/Nancy Zhang and Annie Zheng dated February 23, 2018 |
| 35. | Email from Louis Liu/Nancy Zhang to Annie Zheng dated March 1, 2018 |
| 36. | Email exchange between Louis Liu/Nancy Zhang and Annie Zheng dated March 9 and March 15, 2018 |
| 37. | Letter from Nancy Zhang to Annie Zheng dated May 9, 2018 |
| 38. | Limited Mold & Fungus Investigation |
| 39. | Crop Records discovered at the Property after the occupants fled the Property |
| 40. | Email from Annie Zheng dated May 17, 2018 regarding final statement |
| 41. | Letter from Maggie Pearce to Annie Zheng dated June 14, 2018 |
| 42. | Email exchange among Maggie Pearce, Annie Zheng and insurance adjuster John Carroll dated June 19 through July 19, 2018 |

| Exhibit No. | Description |
|---|---|
| 43. | Erazo Construction – La Roca estimate dated October 22, 2018 |
| 44. | Letter from Jonathan Hersey to Annie Zheng and Jennifer Whelan dated November 28, 2018 |
| 45. | Affidavit of Miaoyun Wu (with exhibits) dated April 18, 2019 |
| 46. | Affidavit of Xin Li (with exhibits) dated April 18, 2019 |
| 47. | Cost of Repairs table and receipts as of February 5, 2020 |
| 48. | License Information for A-Z Realty and Investment Corp. |
| 49. | License Information for Dongyan Annie Zheng |
| 50. | License Information for Jennifer Whelan |
| 51. | License Information for Realty One Group, Inc. |
| 52. | License Information and Online Profile Information for Jihui "Lucky" Luo |
| 53. | License Information for Paul LePage |
| 54. | Property Listing for 40936 Diana Lane, Lake Elsinore, CA 92532 (owned by Shi Dan Chen) |
| 55. | Business Risk Partners Professional Liability Insurance Policy (Realty One Group) |
| 56. | Realty One Group West Residential (Lease) Document Checklist |
| 57. | Realty One Group West Independent Contractor Agreement with Jihui Luo |
| 58. | Realty One Group West Policies and Procedures Manual California |

| Exhibit No. | Description |
|---|---|
| 59. | Realty One Group Letter to Brokers dated July 2, 2018 |
| 60. | Letter re Dragon Tree Property dated October 21, 2019 |
| 61. | Letter re Honeybear Property dated October 21, 2019 |
| 62. | HDI Global Insurance Company Commercial Lines Policy for A-Z Realty and Investment Corp. |
| 63. | AT&T Call Log from Annie Zheng's cellular phone |
| 64. | William S. Eidelman, M.D. records for patient Shi Dan Chen |
| 65. | William S. Eidelman, M.D. records for patient Ming-Wing Lam |
| 66. | Tax records, pay stubs, utility bills, driver's license produced by Shi Dan Chen |
| 67. | Deed of trust for Pennsylvania property owned by Shi Dan Chen |
| 68. | Quitclaim Deed for Pennsylvania property owned by Shi Dan Chen |
| 69. | Driver's license for Ming-Wing Lam |
| 70. | Expert Report prepared by Robert Griswold |
| 71. | Expert Report prepared by John Callanan |
| 72. | Expert Report and Appraisal prepared by David Gribin and Rodd Hitch |
| 73. | Expert Report prepared by Chris Conrad |
| 74. | Supplemental Expert Report prepared by Chris Conrad |

| Exhibit No. | Description |
|---|---|
| 75. | Property Photos before the lease |
| 76. | Property Photos after the lease |
| 77. | Property Video |

By listing an exhibit herein, Zhang does not commit to utilizing or introducing the exhibit at trial, and Zhang further reserves any and all objections to the admissibility of the exhibits at trial.  Zheng reserves the right to: (a) narrow her list of exhibits; (b) rely upon the exhibits identified in Defendants' exhibit list and the parties' joint exhibit list; and (c) introduce any further exhibits necessary for impeachment or rebuttal purposes.

DATED:  February 4, 2021

                                  FINLAYSON TOFFER ROOSEVELT & LILLY LLP


                 By   */s/ Scott B. Lieberman*
                            Scott B. Lieberman

                          Attorneys for Plaintiff
                  SHUANG YING (NANCY) ZHANG

.

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2021, at Irvine, California.

                                          */s/ Scott B. Lieberman*
                                          Scott B. Lieberman