SCOTT B. LIEBERMAN, Cal. Bar No. 208764
  *slieberman@ftrlfirm.com*
T. KEVIN ROOSEVELT, Cal. Bar No. 205485
  *kroosevelt@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, California 92618
Telephone: 949-759-3810
Facsimile: 949-759-3812

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>　　　　　Plaintiff,<br>　　v.<br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>　　　　　Defendants. | Case No. 5:19-CV-00887-KK<br><br>Judge: Hon. Kenly Kiya Kato<br><br>**PLAINTIFF SHUANG YING (NANCY) ZHANG'S WITNESS LIST**<br><br>Complaint Filed: May 10, 2019<br>Trial Date: March 15, 2021<br><br>**Pretrial Conference:**<br>Date: February 25, 2021<br>Time: 10:00a.m.<br>Crtrm: 3/4 – Riverside |

PLAINTIFF SHUANG YING (NANCY) ZHANG'S WITNESS LIST

Pursuant to the Court's Civil Trial Scheduling Order [Doc. 70] and Local Rule 16-5, Plaintiff Shuang Ying (Nancy) Zhang ("Zhang") submits the following list of witnesses she intends to call at trial:

1. Shuang Ying (Nancy) Zhang
2. Maggie Pearce
3. Louis Liu*
4. Steve Liu*
5. Dongyan (Annie) Zheng
6. Jennifer Whelan
7. Jihui (Lucky) Luo
8. Paul LePage
9. Shi Dan Chen
10. Ming-Wing Lam
11. Miaoyun Wu*
12. Xin Li*
13. William S. Eidelman, M.D.*
14. John Carroll*
15. Zerong Yang (contact information in the possession of Defendant Dongyan (Annie) Zheng)
16. Robert Griswold (expert)
17. John Callanan (expert)
18. David Gribin (expert)
19. Chris Conrad (expert)

By listing a witness herein, Zhang does not commit to calling the witness or introducing testimony from the witness at trial, and Zhang further reserves any and all objections to the admissibility of testimony from any witness at trial. Zhang reserves the right to: (a) narrow her list of witnesses; (b) rely upon the testimony of any witness(es) called by any party; (c) rely upon deposition testimony of any

witness whose deposition was taken in this action to the extent permitted by the Federal Rules of Evidence; and (d) call or introduce testimony from any witness(es) necessary for impeachment or rebuttal purposes.

DATED: February 4, 2021

          FINLAYSON TOFFER ROOSEVELT & LILLY LLP

By    */s/ Scott B. Lieberman*
        Scott B. Lieberman

     Attorneys for Plaintiff
  SHUANG YING (NANCY) ZHANG

·

# CERTIFICATE OF SERVICE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2021, at Irvine, California.

*/s/ Scott B. Lieberman*
Scott B. Lieberman