1  MANSOUR LAW GROUP, APLC
2  John F. Mansour (SBN 204835)
   john@mansourlawgroup.com
3  Steven G. Candelas (SBN 269112)
   steven@mansourlawgroup.com
4  8280 Utica Avenue, Suite 150
5  Rancho Cucamonga, California 91730
   Phone: (909) 941-1611
6  Fax: (909) 941-1811
7
   Attorneys for Plaintiff A-Z REALTY & INVESTMENTS,
8  DONGYAN (ANNIE) ZHENG, and JENNIFER WHELAN
9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12
13 | SHUANG YING (NANCY) ZHANG, | Case No. 5:19-CV-00887-KK |

14              Plaintiff,

         v.

15 A-Z REALTY & INVESTMENT
16 CORP., a California corporation;
   DONGYAN (ANNIE) ZHENG, an
17 individual; JENNIFER WHELAN, an
   individual; REALTY ONE GROUP,
18 INC., a California corporation; JIHUI
   (LUCKY) LUO, an individual, SHI
19 DAN CHEN, and individual; MING-
   WING LAM, an individual; FU LONG
20 ZHENG, an individual; and DOES 1-
   30, inclusive,

21              Defendants.

Case No. 5:19-CV-00887-KK

Assigned to the Honorable Kenly Kato
Courtroom: 3/4

**DEFENDANTS A-Z REALTY &
INVESTMENT CORP, DONGYAN
(ANNIE) ZHENG, AND
JENNIFER WHELAN'S &
REALTY ONE GROUP, INC.,
AND JIHUI (LUCKY) LUO'S
JOINT EXHIBIT LIST**

<u>**Pretrial Conference:**</u>
Date:       February 25, 2021
Time:       10:00a.m.
Courtroom:  3/4 – Riverside

Filed:      May 10, 2019
Trial Date: March 15, 2021

22
23
24
25
26
27
28

Pursuant to Court's Civil Trial Scheduling Order [Doc. 70] and Central District Local Rule 16, Defendants A-Z REALTY & INVESTMENT CORP, DONGYAN (ANNIE) ZHENG, and JENNIFER WHELAN ("A-Z Defendants") and REALTY ONE GROUP, INC., and JIHUI (LUCKY) LUO'S hereby submit the following list of exhibits they intend to use at trial. These exhibits are in addition to the exhibits identified by Plaintiff as Defendants did not repeat these herein even though we intend to utilize those exhibits.

| Exhibit No. | Description |
|---|---|
| 78. | Receipt of Security Deposit and Rent dated February 21.2017 |
| 79. | Plaintiff's Homeowner's Insurance Policy: AMCO Insurance Company; Policy No. ADP: 0048614535-3 |
| 80. | Email exchange between Annie Zheng and Louis Liu, dated November 1, 2016 and November 7, 2016 |
| 81. | Letter from Yunnien Chen, dated October 21, 2019 |
| 82. | Letter from Xiang Huang, dated October 22, 2019 |
| 83. | Expert File of of Alan D. Wallace |
| 84. | Expert File of Robert A. Fransen |
| 85. | Expert File of Daniel Poyourow |
| 86. | website page for riversidesheriff.org/528/Contact-Us [Zheng 0000247] |
| 87. | website page for dec.riversidesheriff.org/misc/contact.htm [Zheng 0000248] |
| 88. | Deposition Transcript of Annie Zheng |
| 89 | Deposition Transcript of Lucky Luo |
| 90. | Deposition Transcript of Ming-Wing Lam |
| 91. | Deposition Transcript of Paul LePage |
| 92. | Deposition Transcript of Steve Liu |
| 93. | Deposition Transcript of Robert Griswold |

| 94. | Deposition Transcript of Nancy Zheng |
|---|---|
| 95. | Expert File of Mike Brown |
| 96. | Expert file of Victoria Naidorf |

Dated: February 4, 2021

MANSOUR LAW GROUP, APLC

By */s/ Steven G. Candelas*
    Steven G. Candelas, Attorney for
    Defendants A-Z REALTY AND
    INVESTMENT, DONGYAN (ANNIE)
    ZHENG, and JENNIFER WHELAN

Dated: February 4, 2021

LYNBERG & WATKINS
A Professional Corporation

By */s/ Tamara Heathcote*
    TAMARA HEATHCOTE
    Attorneys for Defendants, REALTY
    ONE GROUP, INC. and JIHUI
    (LUCKY) LUO

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of San Bernardino, State of California, at MANSOUR LAW GROUP, APLC, and my business address is 8280 Utica Avenue, Suite 150, Rancho Cucamonga, California 91730.  I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


_/s/ Steven G. Candelas_
Steven G. Candelas