MANSOUR LAW GROUP, APLC
John F. Mansour (SBN 204835)
john@mansourlawgroup.com
Steven G. Candelas (SBN 269112)
steven@mansourlawgroup.com
8280 Utica Avenue, Suite 150
Rancho Cucamonga, California 91730
Phone: (909) 941-1611
Fax: (909) 941-1811

Attorneys for Plaintiff A-Z REALTY & INVESTMENTS, DONGYAN (ANNIE) ZHENG, and JENNIFER WHELAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:19-CV-00887-KK<br><br>Assigned to the Honorable Kenly Kato<br>Courtroom: 3/4<br><br>**DEFENDANTS A-Z REALTY & INVESTMENT CORP, DONGYAN (ANNIE) ZHENG, AND JENNIFER WHELAN'S WITNESS LIST**<br><br>**Pretrial Conference:**<br>Date:　　　February 25, 2021<br>Time:　　　10:00a.m.<br>Courtroom: 3/4 – Riverside<br><br>Filed:　　　May 10, 2019<br>Trial Date: March 15, 2021 |

Pursuant to Court's Civil Trial Scheduling Order [Doc. 70] and Central District Local Rule 16-5, Defendants A-Z REALTY & INVESTMENT CORP, DONGYAN (ANNIE) ZHENG, and JENNIFER WHELAN ("A-Z Defendants") submit the following list of witnesses the A-Z Defendants intend to call at trial:

1. Shuang Ying (Nancy) Zhang
2. Maggie Pearce
3. Louis Liu*
4. Steve Liu
5. Dongyan (Annie) Zheng
6. Jennifer Whelan
7. Jihui (Lucky) Luo
8. Paul LePage
9. Shi Dan Chen
10. Ming-Wing Lam
11. Miaoyun Wu*
12. Xin Li*
13. William S. Eidelman, M.D.*
14. John Carroll*
15. Zerong Yang (contact information in the possession of Defendant Dongyan (Annie) Zheng)
16. Robert Griswold (expert)
17. John Callanan (expert)
18. David Gribin (expert)
19. Chris Conrad (expert)
20. Alan D. Wallace (expert)
21. Robert A. Fransen (expert)
22. Daniel Poyourow (expert)

23. Mike Brown (expert)

24. Victoria Naidorf (expert)

By listing a witness herein, the A-Z Defendants do not commit to calling the witness or introducing testimony from the witness at trial, and the A-Z Defendants further reserve any and all objections to the admissibility of testimony from any witness at trial. The A-Z Defendants reserves the right to: (a) narrow their list of witnesses; (b) rely upon the testimony of any witness(es) called by any party; (c) rely upon deposition testimony of any witness whose deposition was taken in this action to the extent permitted by the Federal Rules of Evidence; and (d) call or introduce testimony from any witness(es) necessary for impeachment or rebuttal purposes.

Dated: February 4, 2021

MANSOUR LAW GROUP, APLC

By /s/ Steven G. Candelas
   Steven G. Candelas, Attorney for Defendants A-Z REALTY AND INVESTMENT, DONGYAN (ANNIE) ZHENG, and JENNIFER WHELAN

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of San Bernardino, State of California, at MANSOUR LAW GROUP, APLC, and my business address is 8280 Utica Avenue, Suite 150, Rancho Cucamonga, California 91730.  I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

                                                */s/ Steven G. Candelas*
                                                Steven G. Candelas