S. Frank Harrell – SBN 133437
sharrell@lynberg.com
Tamara M. Heathcote – SBN 193312
theahtcote@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>Plaintiff,<br><br>vs.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California Corporation; JIHUI (LUCKY) LUO, an individual; SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-00887-KK<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kato – Ctrm 3/4*<br><br>**DEFENDANTS REALTY ONE GROUP AND JIHUI (LUCKY) LUO'S WITNESS LIST**<br><br>*Trial Date:   March 15, 2021*<br><br>*Complaint filed: May 10, 2019* |

1
DEFENDANTS REALTY ONE GROUP AND JIHUI (LUCKY) LUO'S
WITNESS LIST

1  Pursuant to the Civil Trial Scheduling Order, Dkt. 70, and Central District of
2  California, Local Rule 16-5 Defendants Realty One Group and Jihui (Lucky) Luo
3  hereby submit the following list of witnesses they intend to call at trial.
4      1.    Shuang Ying (Nancy) Zhang
5      2.    Luis Liu
6      3.    Steve Liu
7      4.    Dongyan (Annie) Zheng
8      5.    Jennifer Whelan
9      6.    Jihui (Lucky) Luo
10     7.    Paul LePage
11     8.    Shi Dan Chen
12     9.    Ming-Wing Lam
13     10.    Miaoyun Wu
14     11.    Xin Li
15     12.    Robert Griswold (expert)
16     13.    John Callanan (expert)
17     14.    David Gribin (expert)
18     15.    Chris Conrad (expert)
19     16.    Alan D. Wallace (expert)
20     17.    Robert A. Fransen (expert)
21     18.    Daniel Poyourow (expert)
22     19.    Mike Brown (expert)
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

20. Victoria Naidorf (expert)

DATED: February 4, 2021

**LYNBERG & WATKINS**
A Professional Corporation

By: _/s/ Tamara M. Heathcote_
**S. FRANK HARRELL
TAMARA M. HEATHCOTE**
Attorneys for Defendant, REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO

4819-9610-8234, v. 1