SCOTT B. LIEBERMAN, Cal. Bar No. 208764
  *slieberman@ftrlfirm.com*
T. KEVIN ROOSEVELT, Cal. Bar No. 205485
  *kroosevelt@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, California 92618
Telephone:  949-759-3810
Facsimile:   949-759-3812

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG, | Case No. 5:19-CV-00887-KK |
| Plaintiff, | Judge: Hon. Kenly Kiya Kato |
| v. | |
| A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive, | **VOIR DIRE QUESTIONS REQUESTED BY PLAINITFF**<br><br>Complaint Filed:  May 10, 2019<br>Trial Date:           March 15, 2021 |
| Defendants. | |

1  A.   Have you ever rented a house to anybody?
2  B.   What was your experience?
3  C.   Have you ever hired a property manager?
4  D.   What was your experience?
5  E.   Have you ever hired a real estate agent either to rent and/or buy a
6  residence?
7  F.   What was your experience?
8  G.   Have you ever hired a real estate agent either to lease and/or buy a
9  residence?
10 H.   What was your experience?
11 I.   Do you have any belief or understanding of what is allowed by law
12 related to growing and/or using marijuana?
13 J.   If so, what is your understanding or belief?
14 K.   Do you have any experience in residential home construction or
15 renovations?
16 L.   If so, what is your experience?
17 M.   Do you believe that testimony provided by an interpreter is less reliable
18 than testimony given in English?
19 N.   If your answer is yes, explain why?
20 DATED: February 11, 2021

FINLAYSON TOFFER ROOSEVELT & LILLY LLP

By   */s/ Scott B. Lieberman*
     Scott B. Lieberman

     Attorneys for Plaintiff
     SHUANG YING (NANCY) ZHANG

1
VOIR DIRE QUESTIONS REQUESTED BY PLAINITFF

# CERTIFICATE OF SERVICE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On February 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2021, at Irvine, California.

                                    */s/ Scott B. Lieberman*
                                    Scott B. Lieberman