SCOTT B. LIEBERMAN, Cal. Bar No. 208764
  *slieberman@ftrlfirm.com*
T. KEVIN ROOSEVELT, Cal. Bar No. 205485
  *kroosevelt@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, California 92618
Telephone: 949-759-3810
Facsimile: 949-759-3812

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>            Plaintiff,<br>      v.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>            Defendants. | Case No. 5:19-CV-00887-KK<br><br>Judge: Hon. Kenly Kiya Kato<br><br>**JOINT STATEMENT OF CASE**[1]<br><br>Complaint Filed: May 10, 2019<br>Trial Date:       March 15, 2021 |

---

[1] Counsel for Defendant Shi Dan Chen and counsel for Defendant Ming-Wing Lam did not exchange any pretrial documents with counsel for the other parties as required by the Court's Civil Trial Scheduling Order. Starting last week, Plaintiff's counsel has requested on multiple occasions that counsel for Defendants Chen and Lam provide any proposed inclusions to the joint pretrial documents. As of the date of this submission, Plaintiff's counsel has not received a response from counsel for Defendant Chen or Defendant Lam. Therefore, their electronic signatures are not affixed to any of the joint pretrial documents.

JOINT STATEMENT OF CASE

Plaintiff Shuang Ying (Nancy) Zhang ("Mrs. Zhang") is the owner of a single-family residential home located at 16 Via Palmieki Court in Lake Elsinore, California (the "Property").  She contracted with A-Z Realty & Investment Corp. ("A-Z Realty"), which is owned and operated by sisters Dongyan (Annie) Zheng ("Annie") and Jennifer Whelan ("Jennifer"), to lease and manage the Property. Annie and Jennifer presented a lease application to Mrs. Zhang from Realty One Group ("ROG") and its agent, Jihui (Lucky) Luo ("Lucky").  Mrs. Zhang signed a lease agreement allowing Mr. Wu and Ms. Li to move into the Property.

Mr. Wu and Ms. Li apparently did not move into the Property.  Instead, Plaintiff contends that Defendants Shi Dan Chen and Ming-Wing Lam unlawfully occupied and made changes to the Property in order to cultivate marijuana at the Property, which damaged the Property.

Mrs. Zhang alleges that the Defendants are responsible for damage to the Property.  Plaintiff also alleges that the Defendants are responsible for pecuniary damages.

Defendants deny the claims by Plaintiff and deny that they are responsible for any of Plaintiff's damages.

DATED:  February 11, 2021

FINLAYSON TOFFER ROOSEVELT & LILLY LLP


By     */s/ Scott B. Lieberman*
        Scott B. Lieberman

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG

1
JOINT STATEMENT OF CASE

DATED:  February 11, 2021

        MANSOUR LAW GROUP, APLC


By   */s/ Steven G. Candelas*
      Steven G. Candelas

      Attorneys for Defendants
   A-Z REALTY & INVESTMENT CORP.,
 DONGYAN (ANNIE) ZHENG, AND JENNIFER
        WHELAN

DATED:  February 11, 2021

       LYNBERG & WATKINS
       A Professional Corporation


By   */s/ Tamara M. Heathcote*
      Tamara M. Heathcote

      Attorneys for Defendants
  REALTY ONE GROUP, INC. AND JIHUI
      (LUCKY) LUO

DATED:  February 11, 2021

        FRAZEE LAW GROUP


By   
      RoseAnn Frazee

      Attorneys for Defendant
       SHI DAN CHEN

1  DATED: February 11, 2021

2                              LAW OFFICES OF GREGORY W. PATTERSON

3

4                  By  _____

5                                Gregory W. Patterson

6                                Attorneys for Defendant

7                                MING-WING LAM

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
JOINT STATEMENT OF CASE

# CERTIFICATE OF SERVICE

    I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

    On February 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on February 11, 2021, at Irvine, California.

                                              */s/ Scott B. Lieberman*
                                                Scott B. Lieberman