1  SCOTT B. LIEBERMAN, Cal. Bar No. 208764
    *slieberman@ftrlfirm.com*
2  T. KEVIN ROOSEVELT, Cal. Bar No. 205485
    *kroosevelt@ftrlfirm.com*
3  **FINLAYSON TOFFER**
   **ROOSEVELT & LILLY LLP**
4  15615 Alton Parkway, Suite 250
   Irvine, California 92618
5  Telephone:  949-759-3810
   Facsimile:   949-759-3812
6
   Attorneys for Plaintiff
7  SHUANG YING (NANCY) ZHANG

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>Plaintiff,<br>v.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 5:19-CV-00887-KK<br><br>Judge: Hon. Kenly Kiya Kato<br><br>**PLAINTIFF SHUANG YING (NANCY) ZHANG'S NOTICE OF LODGING PROPOSED PRETRIAL CONFERENCE ORDER**<br><br>Complaint Filed:  May 10, 2019<br>Trial Date:           March 15, 2021 |

1. Plaintiff Shuang Ying (Nancy) Zhang, hereby, provides notice that she has
2. lodged the Proposed Pretrial Conference Order with the Court.
3. 
4. DATED: February 11, 2021
5.           FINLAYSON TOFFER ROOSEVELT & LILLY LLP
6. 
7.       By */s/ Scott B. Lieberman*
8.           Scott B. Lieberman
9. 
10.           Attorneys for Plaintiff
          SHUANG YING (NANCY) ZHANG

---

1

PLAINTIFF SHUANG YING (NANCY) ZHANG'S NOTICE OF LODGING PROPOSED
PRETRIAL CONFERENCE ORDER

<u>CERTIFICATE OF SERVICE</u>

     I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

     On February 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on February 11, 2021, at Irvine, California.


                                                                               */s/ Scott B. Lieberman*
                                                                               Scott B. Lieberman