S. Frank Harrell – SBN 133437
sharrell@lynberg.com
Tamara M. Heathcote – SBN 193312
theathcote@lynberg.com
Jonathan C. Bond – SBN 280266
jbond@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>Plaintiff,<br><br>vs.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California Corporation; JIHUI (LUCKY) LUO, an individual; SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-00887-KK<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br>*Riverside - Ctrm 3/4*<br><br>**[PROPOSED]** *VOIR DIRE* **QUESTIONS – SUBMITTED BY DEFENDANTS REALTY ONE GROUP, INC. AND JIHUI (LUCKY) LUO**<br><br>*Trial Date:*   March 15, 2021<br><br>*Complaint filed: May 10, 2019* |

1

**[PROPOSED]** *VOIR DIRE* **QUESTIONS – SUBMITTED BY DEFENDANTS REALTY ONE GROUP. INC. AND JIHUI (LUCKY) LUO**

Defendants REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO (the "**Realty One Defendants**") submit the following [Proposed] Voir Dire Questions:

**REALTY ONE DEFENDANTS' REQUESTED QUESTION NO. 1:**

Do you believe you would be unable to render a fair and impartial verdict in a matter that concerns marijuana?

**REALTY ONE DEFENDANTS' REQUESTED QUESTION NO. 2:**

Do you believe you would be unable to render a fair and impartial verdict in a matter wherein conspiracy was alleged by one of the parties?

DATED: February 11, 2021

**LYNBERG & WATKINS**
A Professional Corporation

By: *[signature]*
**S. FRANK HARRELL**
**TAMARA M. HEATHCOTE**
**JONATHAN C. BOND**
Attorneys for Defendants, REALTY ONE GROUP, INC. and JIHUI (LUCKY) LUO