UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-00887-KK | Date | September 27, 2021 |
|---|---|---|---|
| Title | Shuang Ying Nancy Zhang v. A-Z Realty and Investment Corp. et al | | |

| Present: The Honorable | **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| Donnisha Brown | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER**

In light of the ongoing COVID-19 pandemic and current Orders of the Central District of California, the pretrial conference date of October 14, 2021 and the trial date of November 1, 2021 are therefore VACATED. The parties are directed to confer and propose three mutually agreeable dates for commencing trial with the earliest date to be no sooner than April 4, 2021. Additionally, the parties shall confer and advise the Court whether further ADR proceedings may be helpful in resolving this matter without trial. The parties shall submit the three proposed dates for trial and information regarding ADR proceedings **no later than September 30, 2021**.

Initials of Preparer     dsb