SCOTT B. LIEBERMAN, Cal. Bar No. 208764
  *slieberman@ftrlfirm.com*
T. KEVIN ROOSEVELT, Cal. Bar No. 205485
  *kroosevelt@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 270
Irvine, California 92618
Telephone:  949-759-3810
Facsimile:   949-759-3812

Attorneys for Plaintiff
SHUANG YING (NANCY) ZHANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>              Plaintiff,<br>     v.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>              Defendants. | Case No. 5:19-CV-00887-KK<br><br>**JOINT STATEMENT IN RESPONSE TO COURT'S SEPTEMBER 27, 2021 (IN CHAMBERS) ORDER**<br><br>[ECF Docket No. 131]<br><br>Complaint Filed:  May 10, 2019<br>Trial Date:             Vacated |

JOINT STATEMENT IN RESPONSE TO COURT'S SEPTEMBER 27, 2021 ORDER

1 | Plaintiff Shuang Ying (Nancy) Zhang and Defendants A-Z Realty &
2 | Investment Corp., Dongyan (Annie) Zheng, Jennifer Whelan, Realty One Group,
3 | Inc. Jihui (Lucky) Luo, Shi Dan Chen and Ming-Wing Lam, by and through their
4 | respective counsel of record, submit the following joint statement.

5 | On September 27, 2021, the Court issued its (In Chambers) Order (the
6 | "Order") pursuant to which it VACATED (i) the October 14, 2021 pretrial
7 | conference date and (ii) the November 1, 2021 trial date. *See* ECF Docket No. 131.
8 | The Order directed the parties "to confer and propose three mutually agreeable dates
9 | for commencing trial with the earliest date to be no sooner than April 4, 2021 [sic]."

10 | The Parties have conferred and all but one propose the following three dates
11 | to commence trial in this matter: April 18, 2022, April 25, 2022, or May 2, 2022.

12 | Counsel for Realty One Group and Jihui (Lucky) Luo claim that "[d]ue to
13 | Covid moving trial dates and compressing them into next year, we are not available
14 | for trial until August 2022." The Realty One Group Defendants and the A-Z Realty
15 | Group Defendants are available for trial on August 15, 22, and 29, 2022. The other
16 | parties have not provided dates for their availability in August of 2022.

17 | Counsel for Plaintiff Shuang Ying (Nancy) Zhang believes moving the trial to
18 | August 2022 would be an unreasonable delay especially considering that this case
19 | has been pending since May 2019. Counsel for the Realty One Group Defendants
20 | contends that their clients are entitled to counsel of their choice and during the
21 | months of April – July 2022, the Realty One Group Defendants' counsel for choice
22 | are not available to conduct this trial.

23 | The Court's Order also directed the parties to "confer and advise the Court
24 | whether further ADR proceedings may be helpful in resolving this matter without
25 | trial." Plaintiff, on the one hand, and Defendants A-Z Realty & Investment Corp.,
26 | Dongyan (Annie) Zheng, and Jennifer Whelan, on the other hand, recently engaged
27 | in a private mediation on August 5, 2021. The parties were unable to resolve the
28 | matter during the mediation session; however, settlement discussions have

1

JOINT STATEMENT IN RESPONSE TO COURT'S SEPTEMBER 27, 2021 ORDER

continued with the assistance of the mediator, Hon. Harry Low (Ret.). Defendants Realty One Group, Inc. and Jihui (Lucky) Luo have recently joined those settlement discussions. The parties do not believe that a Court-ordered ADR proceeding would be helpful in resolving this matter without trial, but they will continue to discuss resolving this matter without trial with Justice Low.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned counsel for Plaintiff Shuang Ying (Nancy) Zhang certifies that the content of this document is acceptable to counsel for all other parties on whose behalf this filing is submitted, and that they have provided their authorization to affix their electronic signatures to this document.

DATED:  September 29, 2021

                      FINLAYSON TOFFER ROOSEVELT & LILLY LLP

              By      */s/ Scott B. Lieberman*
                            Scott B. Lieberman

                          Attorneys for Plaintiff
                    SHUANG YING (NANCY) ZHANG

DATED:  September 30, 2021

                          MANSOUR LAW GROUP, APLC

              By      */s/ Steven G. Candelas*
                            Steven G. Candelas

                        Attorneys for Defendants
            A-Z REALTY & INVESTMENT CORP.,
       DONGYAN (ANNIE) ZHENG and JENNIFER
                            WHELAN

DATED: September 30, 2021

                LYNBERG & WATKINS
                A Professional Corporation

                By    */s/ Tamara Heathcote*
                          Tamara Heathcote

                Attorneys for Defendants
                REALTY ONE GROUP, INC. and JIHUI
                (LUCKY) LUO

DATED: September 30, 2021

                FRAZEE LAW GROUP

                By    */s/ RoseAnn Frazee*
                          RoseAnn Frazee

                Attorneys for Defendant
                SHI DAN CHEN

DATED: September 30, 2021

                LAW OFFICES OF GREGORY W. PATTERSON

                By    */s/ Gregory W. Patterson*
                          Gregory W. Patterson

                Attorneys for Defendant
                MING-WING LAM

## CERTIFICATE OF SERVICE

 I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 270, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

 On September 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on September 30, 2021, at Irvine, California.

                */s/ Scott B. Lieberman*
                Scott B. Lieberman