MANSOUR LAW GROUP, APLC
John F. Mansour (SBN 204835)
john@mansourlawgroup.com
Steven G. Candelas (SBN 269112)
steven@mansourlawgroup.com
8280 Utica Avenue, Suite 150
Rancho Cucamonga, California 91730
Phone: (909) 941-1611
Fax: (909) 941-1811

Attorneys for Defendants A-Z REALTY & INVESTMENTS, DONGYAN (ANNIE) ZHENG, and JENNIFER WHELAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 5:19-CV-00887-KK<br><br>Assigned to the Honorable Kenly Kato<br>Courtroom: 3/4<br><br>**DEFENDANTS A-Z REALTY & INVESTMENT CORP, DONGYAN (ANNIE) ZHENG, AND JENNIFER WHELAN'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF STEVEN G. CANDELAS**<br><br>**Date:** Papers (Dkt 187)<br>**Time:** N/A<br>**Courtroom:** 3 / 4 – Riverside<br><br>Complaint Filed: May 10, 2019<br>Trial Date: November 1, 2022 |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on a time to be determined by the Court, if any, on a date to be determined by the Court, if any, as the matter can be heard in Courtroom 3 or 4, on the 3rd floor of the above-captioned Court located at 3470 Twelfth Street Riverside, CA 92501-3801, Defendants A-Z REALTY & INVESTMENT CORP ("A-Z"), DONGYAN (ANNIE) ZHENG ("Zheng"), AND JENNIFER WHELAN ("Whelan") (collectively referred to as the "A-Z Defendants") will, and hereby do, move the Court for an Order determining that the settlement reached herein was entered into in "good faith". See, CCP § 877.6 (state law claims); McDermott, Inc. v. AmClyde, 511 U.S. 202, 211 (1994) (federal law claims). The settlement terms are as follows:

1. Settling Parties: The parties to the settlement are Plaintiff and A-Z Defendants.

2. Terms and Amount of Settlement: The basis and terms of settlement are payment by the A-Z Defendants to Plaintiff ZHANG in the amount of $550,000.00, within 20 days of execution of the Agreement.

3. List of Parties: The parties that would remain in this action following settlement are:
    A.   Plaintiff Shuang Ying (Nancy) Zhang.
    B.   Defendant Shi Dan Chen
    c.   Defendant Ming-Wing Lam

4. Pleadings Affected by Settlement: The pleadings or portion thereof affected by this settlement agreement, including the date thereof, are:
    • Plaintiff's Complaint ("**Cmp**") filed May 10, 2019. (Dkt 1.)

1

DEFENDANTS A-Z REALTY & INVESTMENT CORP, DONGYAN (ANNIE) ZHENG, AND JENNIFER WHELAN'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

1 • Plaintiff filed a RICO Statement on July 22, 2019. (Dkt 21.)
2 • Settling Defendants' Realty One and Luo's Answer to Complaint filed September 17, 2019. (Dkt 30.)
3 • Defendant A-Z Realty and Investment Corp., Jennifer Whelan, and Dongyan Annie Zeng (collectively "**A-Z Defendants**") Answer to Complaint filed September 18, 2019. (Dkt 31.)
4 • Defendant Shi Dan Chen's Answer to Plaintiff's Complaint filed January 15, 2020. (Dkt 54.)
5 • Defendant Ming-Wing Lam's Plaintiff's Answer to Complaint filed January 22, 2022. (Dkt 55.)
6 • Defendant A-Z Realty Answer to Complaint with Crossclaim against all Defendants filed July 10, 2020. (Dkt 76.)
7 • Settling Defendants Realty One and Luo's Answer to Complaint with Crossclaim filed July 20, 2020. (Dkt 77.)
8 • Cross-Defendant Ming-Wing Lam Answer to A-Z Defendants Cross-complaint filed July 27, 2020. (Dkt 78.)

Plaintiff and A-Z Defendants' Motion is made pursuant to CCP § 877.6, the principles embraced by <u>McDermott, Inc. v. AmClyde</u>, 511 U.S. 202, 211 (1994) and the Court's inherent powers to manage its own docket.

Plaintiff and A-Z Defendants' Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Steven G. Candelas, the complete files and records of this action, and upon such other and upon such further matters as may properly come before the Court.

////
////
////
////

| | |
|---|---|
| DATED: October 19, 2022 | MANSOUR LAW GROUP, APLC |
| | By: */s/ Steven G. Candelas* |
| | ──────────────────────────── |
| | STEVEN G. CANDELAS |
| | *Attorney for Defendants A-Z Realty & Investment & Corp., Dongyan (Annie) Zheng, and Jennifer Whelan* |