UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG YING (NANCY) ZHANG,<br><br>Plaintiff,<br><br>vs.<br><br>A-Z REALTY & INVESTMENT CORP., a California corporation; DONGYAN (ANNIE) ZHENG, an individual; JENNIFER WHELAN, an individual; REALTY ONE GROUP, INC., a California corporation; JIHUI (LUCKY) LUO, an individual, SHI DAN CHEN, and individual; MING-WING LAM, an individual; FU LONG ZHENG, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00887-KK<br><br>Judge: Hon. Kenly Kiya Kato<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SHUANG YING (NANCY) ZHANG'S APPLICATION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT SHI DAN CHEN AND REQUEST FOR ATTORNEY'S FEES**<br><br>Complaint Filed: May 10, 2019<br>Trial Date: None set. |

///

///

///

///

///

///

///

1

On December 5, 2022, Plaintiff Shuang Ying (Nancy) Zhang ("Plaintiff") filed an Application for Default Judgment against Defendant Shi Dan Chen ("Defendant"). Plaintiff properly served a Summons and Complaint upon Defendant, who filed an Answer and participated in early discovery. However, Defendant failed to appear at trial on November 1, 2022 and this Court found Defendant in default. It is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Defendant is liable for compensatory damages of $508,512.23 ($373,512.23 in repair costs and $135,000 in lost rent);
2. IT IS FURTHER ORDERED, pursuant to California Civil Code Section 3345 and 18 U.S.C. §1964(c), the compensatory damages are trebled, resulting in Defendant being liable for treble damages that total $1,525,536.69 (threefold damages of $508,512.23);
3. IT IS FURTHER ORDERED, pursuant to California Civil Code section 3334, Plaintiff is entitled to Defendant's ill-gotten profits of $525,000;
4. IT IS FURTHER ORDERED that Plaintiff is entitled to her attorney's fees. This Court finds Defendant liable to Plaintiff's reasonable attorney's fees in the amount of $374,744.50.
5. The sum total owed by Defendant Shi Dan Chen to Plaintiff Shuang Ying (Nancy) Zhang is $2,425,281.19.

IT IS SO ORDERED

DATED: _____

Hon. Kenly Kiya Kato
United States Magistrate Judge

[Proposed] Order Granting Plaintiff's Application for Default Judgment